

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00061-CR

_____

JONATHAN DAVID TONEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 2011F00199

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Jonathan David Toney appeals from his conviction of two counts of sexual assault of a child and one count of indecency with a child by touching. The clerk's record was filed June 17, 2013, and the reporter's record was filed August 16, making the appellant's brief due September 16. Appellant's counsel filed two motions to extend the briefing deadline, which were granted, resulting in the current due date of November 6. Counsel has now filed a third motion to extend seeking an additional thirty-day extension of the briefing deadline.

We have reviewed counsel's third motion to extend time as well as the appellate record, and we find no compelling information to convince us that this brief requires more time to prepare. The motion to extend time to file appellant's brief is overruled.

We order counsel to file appellant's brief with this Court on or before December 6, 2013.

IT IS SO ORDERED.

BY THE COURT

Date: November 13, 2013